LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 18-

DANIEL WARD,             )
    Plaintiff            )
                        )     COMPLAINT
    v.                   )
                        )
SEVEN-ELEVEN            )
(HAWAII), INC.          )
    Defendant            )
_____)

      Plaintiff DANIEL WARD, through his undersigned counsel, avers and alleges:

### JURISDICTION AND VENUE

      1.  This court has original jurisdiction pursuant to 28 U.S.C. Section 1331 through the federal question raised herein, namely the alleged violation of the Americans With Disabilities Act of 1990 (hereinafter "ADA"), 42 U.S.C. Section 12101 et seq.

      2.  All events material hereto occurred within the District of Hawaii.

3. Plaintiff DANIEL WARD is a person with a disability, namely spinal cord-injured quadriplegia.

### VIOLATION OF 42 U.S.C. § 12101 ET. SEQ.

4. According to 28 CFR part 36, the defendant is a "public accommodation," owning a building in which is operating "place of public accommodation," namely a convenience store, located at 655 California Ave., Wahiawa, City & County of Honolulu, Hawaii, and thereby falls under the ambit of the ADA, 42 U.S.C. Section 12101 et seq.

5. The defendant is identified by tax map information [TMK 740030310000] as the owner of this property.  Accordingly the defendant is amenable to suit by the plaintiff for violation of the ADA.

6. The defendant has violated the ADA by denying the plaintiff equal accommodations and has not complied with the ADA final rules, 28 CFR part 36, Subpart C, by failing to eliminate readily achievable barriers to equal accessibility, including but not limited to:

a) no accessible access aisle for its accessible parking space.

THEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THE COURT: enter judgment for the plaintiff and against the defendant and order the following relief:

A)  An injunction ordering the defendant's full compliance with the ADA within one hundred eighty (180) days;

B)  Payment of plaintiff's litigation costs, including reasonable expert and attorney's fees; and

D) Such other relief as the court deems proper.

DATED: Honolulu, Hawaii, June 21, 2018.

/s/ LUNSFORD DOLE PHILLIPS