LUNSFORD DOLE PHILLIPS   #4407
lunsfordp001@hawaii.rr.com
7 Waterfront Plaza, Suite 400
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 543-2055
Facsimile: (808) 543-2010

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEVEN-ELEVEN (HAWAII), INC.,<br><br>　　　　　Defendant. | CV 18-00243 JMS-KSC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT SEVEN-ELEVEN (HAWAI'I), INC.**<br><br>Trial Date: None<br>Judge: Hon. J. Michael Seabright |

**NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT SEVEN-ELEVEN (HAWAI'I), INC.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Daniel Ward ("Plaintiff") voluntarily dismisses with prejudice his claims against Defendant Seven-Eleven (Hawai'i), Inc. Defendant Seven-Eleven (Hawai'i), Inc. did not file a responsive pleading to Plaintiff's Complaint. There are no remaining claims and parties.

7069347.1

Each party shall bear their own costs and attorney's fees.

Trial has not been set in this matter.

DATED: Honolulu, Hawaii, \_\_\_11/2\_\_\_, 2018.

_____
LUNSFORD DOLE PHILLIPS

Attorney for Plaintiff